**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Miguel COWLES,**
**Defendant–Appellant.**

**No. 00–7363.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 11, 2001.

Decided Jan. 17, 2001.

Michael Miguel Cowles, pro se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, VA, for appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Michael Miguel Cowles seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Cowles*, Nos. CR–98–9; CA–00–87–4 (E.D.Va. Sept. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.